IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARSHALL DAVIS, et al.,** | : | |
| | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-3871** |
| | : | |
| **SAFECO INSURANCE COMPANY OF ILLINOIS,** | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this __13th__ day of August, 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 14), and Plaintiff's Response in Opposition (ECF No. 15), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED IN PART.** Defendant's Motion for Summary Judgment is **GRANTED** as to Plaintiffs' bad faith claims and **DENIED** as to Plaintiffs' statute of limitations claims.[1]

BY THE COURT:

/s/ Petrese B. Tucker

---

Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated August 13, 2021.